Exhibit 5

| iSmartgate – iSmartgate Openers (see Product List at end of chart), iSmartgate app and Google Assistant<br><br>Infringement of the '867 patent | |
|---|---|
| **Claim 1** | **Evidence** |
| 1. A method of using a first electronic device to operate a second electronic device in real time, while the second device is not physically connected to the first device, and is only intermittently local to the first device, comprising: | The iSmartgate Opener and iSmartgate app running on a Google Assistant-enabled mobile device perform a method of using a first electronic device to operate a second electronic device in real time, while the second device is not physically connected to the first device, and is only intermittently local to the first device.<br><br>For example, Google Assistant running on a mobile device can be used to control an iSmartgate Opener via voice commands given by a user.<br><br>Hey Google    Overview    Get the Google Assistant    What it can do  [2] |

1



[2]
Several models and types of iSmartgate Openers can be controlled by voice commands using a Google Assistant-enabled device (e.g. Android and iOS smartphones).



## ismartgate

Smart Openers ▾        Surveillance ▾                    BUY NOW

### ⌄ Smart Openers Features

**Compare ismartgate openers**

|  | mini | LITE | PRO |
|---|---|---|---|
| Doors Supported | 1 | 1 | 3 |
| Remote Access & Door Status Alerts | ✔ | ✔ | ✔ |
| Apple HomeKit | ✖ | ✔ | ✔ |
| Google Assistant | ✔ | ✔ | ✔ |
| Samsung SmartThings | ✖ | ✔ | ✔ |
| IFTTT | ✔ | ✔ | ✔ |
| Amazon Alexa (USA ONLY / Rest With IFTTT) | ✔ | ✔ | ✔ |

[1]
In order to use Google Assistant (or Google Home) to control an iSmartgate
Opener by voice commands, the device must first be integrated with Google
Assistant. That is done by using the iSmartgate app and the Google Home App.





[10]

5

4. Choose the option Works with Google to select the service you want to add.

← **Device settings**       ⋮

General

Name
Door1

Home
Add to a home

Unlink iSmartgate

Connected through: iSmartgate
Name from iSmartgate: Door1
Device type: Garage

5. Search for the service ismartgate.

[10]

6

6. Enter the UDI of your ismartgate,
   this information can be obtained
   from here.
7. Enter your username.
8. Enter your password.

9. Select the door you want to
   configure.

10. Here you will be able to change
    the settings on each of your doors.

Please note that you will only be able to add ONE ismartgate to your Google Home account.

[10]
Google Assistant comes built-in with Android mobile devices such as smartphones and tablets. As well, it can be downloaded to mobile devices, such as those running the iOS operating system.

1. Get the Google Assistant                                                          ⌃

The Google Assistant is built into some products and can be added to others. For example:

- Google Nest or Home speakers or displays and other Google Assistant-enabled speakers - built in ☒
- Google Nest Hub - built in ☒
- Android phone or tablet - built in ☒
- iPhone or iPad - download the app ☒
- Nest Cam IQ Indoor - built in, must be connected to your Google Assistant
- Nest Guard - built in, must be connected to your Google Assistant

For the latest information about **additional devices** that support the Google Assistant, visit the Google Assistant page.

[3

]
The iSmartgate app can be downloaded from Google Play.

7

| | |
|---|---|
| |  iSmartgate Access<br><br>REMSOL   House & Home<br><br>**E** Everyone<br><br>Add to wishlist<br><br>[9] |
| using a first device to (a) obtain visual or auditory information from external to the first device where the information comprises a human-understandable device command directed toward an operation of the second device, (b) manipulate the obtained information, and (c) transmit the manipulated information to a distal computer system; | The Google Assistant-enabled mobile device is a first device that (a) obtains auditory information from external to the first device where the information comprises a human-understandable device command directed toward an operation of the second device, (b) manipulates the obtained information, and (c) transmits the manipulated information to a distal computer system.<br><br>For example, using a Google Assistant-enabled mobile device, a user can give a voice command to control an iSmartgate Opener. Some example voice commands are "Ok Google, open the garage door" and Ok Google, close the garage door" |



[2]
For example, the Google Assistant-enabled mobile device receives the voice command, performs sampling and analog to digital conversion, and transmits the command in digital form using data networking protocols to remote Google Assistant servers.



Figure 1 shows a successful fulfillment and execution of a smart home `EXECUTE` intent.

**Figure 1.** A successful developer cloud execution path.

[6]

| the distal computer system operating as a remote human-to-device command translation service provider using at least a portion of the manipulated information to | The iSmartgate Smart Google Action enables the distal computer system to operate as a remote human-to-device command translation service provider by using at least a portion of the manipulated information to translate the human-understandable device command into a formatted device command executable by the iSmartgate Opener (second device).<br><br>For example, the iSmartgate Smart Google Action needs to be setup for the iSmartgate Opener to respond to voice commands. Google Assistant needs to be linked to the user's iSmartgate account and the iSmartgate Opener needs to be |
|---|---|

10

| | |
|---|---|
| translate the human-understandable device command into a formatted device command executable by the second device; | added to Google Assistant.  [10] [10] For example, the iSmartgate Google Action in conjunction with Google Assistant voice control services interprets voice commands and translates them into |

device commands that are executable by the iSmartgate Opener. The iSmartgate Google Action works with Google Assistant to fulfill user requests spoken in natural language to trigger iSmartgate Openers to perform operations.



[2]

[2]

| | |
|---|---|
| | **How to build**<br><br>To connect your device with Google Assistant, you need to build a smart home Action. Assistant handles how users trigger your Action (in multiple languages) and provides you with useful metadata through Home Graph (such as the state of a specific device based on the user's room); all you need to do is respond to the requests through your fulfillment service.<br><br>[5]<br><br>**Fulfillment**<br><br>Fulfillment is code that is deployed as a webhook that lets you generate dynamic responses for every type of smart home intent. During a user conversation with Google Assistant, fulfillment allows you to use the information extracted by Google's natural language processing to generate dynamic responses or trigger actions on your back-end such as turning on a light.<br><br>Your fulfillment receives requests from Assistant, processes the request and responds. This back-and-forth request and response process drives the conversation forward until you eventually fulfill the initial user request. In most cases, a user would have a simple smart home interaction with Google Assistant such as Hey Google, turn on my light. However, if you implement two-factor authentication , your fulfillment might have to process multiple requests and responses as Google Assistant might ask for a confirmation PIN after a specific user request such as *Hey Google, unlock my front door*.<br><br>[6] |
| transmitting the formatted device command to the second device; and | The formatted device command is transmitted to the iSmartgate Opener (second device).<br><br>For example, the formatted device command is transmitted over an Internet connection via data networking protocols (e.g. Internet and Wi-Fi protocols) to the iSmartgate Opener. |



Figure 1 shows a successful fulfillment and execution of a smart home EXECUTE intent.

**Figure 1.** A successful developer cloud execution path.

[6]

14

The iSmartgate app will connect your Android to the iSmartgate device via your Wi-Fi home network or internet.

Product details:

•This APP (when used in conjunction with the iSmartgate device) will open up to 3 garage doors

•Google Assistant certified product.

•Apple Homekit certified product.

•Garage door status alert: Shows if your garage doors are Open or Closed

•Clean, Intuitive and User Friendly Interface

•Real Time Video (no camera included in the iSmartgate standard pack)

•Unlimited number of users can download the app and operate a single garage.

•Access Management.

•Compatible with all Garage door openers*

[9]
For example, the iSmartgate Openers have Wi-Fi connection capability for receiving the formatted device commands.

## ismartgate 02WNA102 Wi-Fi Standard PRO Garage Door Opener

**Brand: ISMARTGATE**

★★★★☆ ˅   97 ratings

**Amazon's Choice**   for "ismartgate"

Price: **$204.36**

[11]

15



[12]

[13]

16

| the second device executing the formatted device command having received the formatted device command from the distal computer system, while the second device is local to the first device. | The iSmartgate Opener executes the formatted device command having received the formatted device command from the distal computer system, while the second device is local to the first device.<br><br>For example, the iSmartgate Opener, acting as the second device, performs the voice command formatted as a device command e.g. "Open the garage door".<br><br><br><br>[2]<br>Google Assistant needs to be linked to the iSmartgate account. This is done by the aforementioned initial setup process. During that process, and also during |

subsequent normal operation, the iSmartgate Opener and mobile device would typically be connected to the same Wi-Fi network, which is within an area of about 2200 sq. ft.

## Home size

The bigger your house, the more add-on points you'll need to have whole-home Wi-Fi coverage.

Here's an estimate of how much Wi-Fi coverage you'll get with a Google Nest Wifi or Google Wifi system:

| Google Nest Wifi* | | Google Wifi** | |
|---|---|---|---|
| Nest Wifi router (standalone) | Up to 2,200 sq ft | One Google Wifi point | Up to 1,500 sq ft |
| Nest Wifi router + one point | Up to 3,800 sq ft | Two Google Wifi points | Up to 3,000 sq ft |
| Nest Wifi router + two points | Up to 5,400 sq ft | Three Google Wifi points | Up to 4,500 sq ft |
| Nest Wifi router + three points | Up to 7,000 sq ft | Four Google Wifi points | Up to 6,000 sq ft |

[7]

## Check that your devices are on the same Wi-Fi network

Android   iPhone & iPad

## Step 1. Check the Wi-Fi network of mobile device or tablet

1. Locate and tap **Settings** › **Wi-Fi**. The Wi-Fi network labeled "Connected" is the network you're connected to. This must match the network that the device is connected to.

2. To change the network:
   - Tap a new network › enter password › **Connect**.
   - If you've entered the password for that network before, tap **Connect**.

[8]

**Product List:**
iSmartgate PRO, iSmartgate Lite, iSmartgate Mini, iSmartgate Standard PRO

**References:**

[1] iSmartgate: Smart Openers Features
https://ismartgate.com/compare-ismartgate-smart-garage-openers/

[2] Hey Google: iSmartgate
https://assistant.google.com/services/a/uid/0000001e0701be35

[3] Use Google Assistant with Nest products
https://support.google.com/googlenest/answer/9325085?hl=en#zippy=%2Cget-the-google-assistant

[4] Google Assistant – Get things done, hands-free

https://play.google.com/store/apps/details?id=com.google.android.apps.googleassistant&hl=en_CA&gl=US

[5] Overview
https://developers.google.com/assistant/smarthome/overview

[6] Fulfillment and authentication
https://developers.google.com/assistant/smarthome/concepts/fulfillment-authentication

[7] How many Google Nest or Google Wifi points do I need?
 https://support.google.com/googlenest/answer/7182840?hl=en-CA&ref_topic=9831837

[8] Check that your devices are on the same Wi-Fi network
https://support.google.com/googlenest/answer/7360025?hl=en-CA&ref_topic=7196419#zippy=
%2Cspeakers

[9] Google Play: iSmartgate App
https://play.google.com/store/apps/details?id=com.ismartgate.app&hl=en_CA&gl=US

[10] iSmartgate: How do I link the iSmartgate to Google Home?
https://ismartgate.com/bwl-advanced-faq/google-home/

[11] Amazon: iSmartgate Standard PRO
https://www.amazon.ca/ismartgate-PRO-Controller-Multiple-Compatible/dp/B07PZDKMZ9/ref=sr_1_1?
keywords=ISMARTGATE&qid=1638400031&sr=8-1

[12] Amazon: iSmartgate PRO
https://www.amazon.ca/ismartgate-PRO-gate-Smartphone-SmartThings/dp/B07Q2CTKCY/ref=sr_1_2?
keywords=ISMARTGATE&qid=1638400031&sr=8-2

[13] Amazon: iSmartgate
https://www.amazon.ca/s?k=ISMARTGATE&ref=bl_dp_s_web_19435600011