# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CEDAR LANE TECHNOLOGIES INC.,**<br><br>    Plaintiff,<br><br>  v.<br><br>**GOGOGATE INC.,**<br><br>    Defendant. | Civil Action No.: 1:21-cv-01762<br><br>**TRIAL BY JURY DEMANDED** |

## STIPULATION AND PROPOSED ORDER
## TO EXTEND TIME TO ANSWER THE COMPLAINT

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff, Cedar Lane Technologies Inc., subject to the approval of the Court, that Defendant's time to answer, move, or otherwise respond to the complaint in this action shall be extended an additional sixty (60) days, up to and including March 14, 2022.

The requested extension will not prejudice any party.

Dated: January 7, 2022

Respectfully submitted,

*/s/ David W. deBruin*
David W. deBruin (#4846)
Gawthrop Greenwood, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
(302) 777-5353
ddebruin@gawthrop.com

Isaac Rabicoff
Rabicoff Law LLC
*(pro hac vice forthcoming)*
5680 King Centre Dr., Suite 645
Alexandria, VA 22315
7736694590
isaac@rabilaw.com

ATTORNEYS FOR PLAINTIFF

SO ORDERED this _____ day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, David W. deBruin, certify that on January 7, 2022 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ David W. deBruin*
David W. deBruin (#4846)